**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| TUESDAY D. BAKER-COUTURIAUX-SIERRA | : No. 369 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| STATE FARM INS. & HUGH GIVENS - CLAIMS SPECIALIST | : |
| | : |
| | : |
| PETITION OF: TUESDAY D. BAKER-COUTURIAUX-SIERRA | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal and the Motion and Affidavit in Support to Proceed *In Forma Pauperis* are **DENIED**.